U.S. COURT OF APPEALS
FOR THE DISTRICT OF COLORADO
NOTICE OF APPEAL TO
U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT.

04-CV-1409
DIST. OF Delaware

PLAINTIFF # IVAN MENDEZ
VS.
DEFENDANTS # THOMAS CARROL, AND ALL OF THE OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION.
CIRCUIT COURT DOCKET NUMBER # _____
(LEAVE BLANK)
DISTRICT COURT DOCKET NUMBER # 04-1409, AND MANY, MANY BUT MANY OTHER LEGAL FORMS.
DISTRICT COURT JUDGE # MR. JOSEPH J. FARNAN, AND MOST OF THE MEMBERS OF THIS CRIMINAL ORGANIZATION.
NOTICE IS HEREBY GIVEN THAT # IVAN MENDEZ APPEALS TO U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT FROM # (*) JUDGMENT, (*) ORDER, (*) ANSWER, (*) OTHER SPECIFY # FOR THE DECISION OF THAT LEGAL FORM MENDEZ VS. THOMAS CARROL, AND FOR ALL OF THE MANY, MANY, MANY, BUT MANY HABEAS CORPUS PETITIONS, CIVIL RIGHTS COMPLAINTS, MOTIONS TO VACATE, SET ASIDE AND/OR CORRECT SENTENCE FORMS, MOTIONS TO WITHDRAW A GUILTY PLEA, REQUESTS FOR MEDICAL RECORDS, AND OTHER DIFFERENT LEGAL FORMS AND LETTERS SEND IT TO THE HONORABLE U.S. DISTRICT COURT OF DELAWARE TOO, AND TO ALL THIS CRIMINAL ORGANIZATION SINCE WHEN I WAS OVER AT SUSSEX CORRECTIONAL INSTITUTION, (S.C.I.), OVER IN GEORGETOWN DE. YEARS AGO.
I DECLARE UNDER PENALTY OF PERJURY AND INCARCERATION THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
APPELLANT'S NAME # IVAN MENDEZ
S.B.I NUMBER # 453351
ADDRESS # DELAWARE CORRECTIONAL CENTER, 1181 PADDOCK ROAD, SMYRNA DE. 19977.
DATE # 02/13/2008

FILED
FEB 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IVAN MENDEZ
SBI# 453351   UNIT S.H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. Court of Appeals for the 10th Circuit.
The Byron White U.S. Courthouse.
1823 Stout Street.
Denver Colorado.
80257

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

February 26, 2008

Clerk, U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 18
Wilmington, De 19801-3570

Re: Mendez v. Thomas Carrol, et al
04-cv-1409 (District of Delaware)

Dear Clerk,

Enclosed please find the enclosed document from Mr. Ivan Mendez which has been construed as a notice of appeal. This document, along with another notice of appeal by Mr. Mendez, was received by the U.S. Court of Appeals for the Tenth Circuit in Denver, Colorado on 2/19/08 as per their attached letter. They, in turn, re-directed both documents to our court, which we received on 2/25/08. We've retained the notice of appeal pertaining to our court and submit to you the notice of appeal pertaining to your court.

Yours very truly,

Michael E. Kunz, Clerk

by: Jane E. Firestone
Deputy Clerk

Encl:

**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                           Douglas E. Cressler
Clerk of Court                                                  Chief Deputy Clerk

February 21, 2008

Clerk of the Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106

       Re: 2:07-cv-01028-JP, Mendez v. The Criminal Organization

Dear Clerk::

       Enclosed please find documents from Mr. Ivan Menez that we have construed as a misdirected notice of appeal. These documents were received in the Tenth Circuit on February 19, 2008.

                                                Sincerely,
                                                ELISABETH A. SHUMAKER, Clerk

                                                Deputy Clerk

/sds
Encl.

cc: Mr. Ivan Mendez