UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

March 11, 2008

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

                    RE: Mendez v. Carroll et al
                    Civil Action No. 04-1409
                    USCA No. 08-1646

Dear Ms. Waldron:

      Enclosed please find:

     The Actual Records DI# 1-14 are being sent.  Documents filed after February 28, 2005 will not be sent.  They were electronically filed.  Please find them on cm/ecf.

      Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

                                Very truly yours,

                                /s/ Elizabeth Strickler
                                Deputy Clerk

Enclosures                  Sign here  _____