OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

**Delaware**_____ Clerk of District Court          Date___05/27/08_____
(District)
**Mendez v. Carroll**_____               C. of A. No.___08-1646_____
(Caption)
**Ivan L. Mendez**_____
(Appellant)
**Civil No. 04-cv-01409   (JJF)**_____
(D.C. No.)

Enclosures:
____05/27/08_____ Certified copy of C. of A. Order by the Court/XXXXX
     (Date)

*___X___ Record **(Rec'd) (Partial Record - Docs. 1-14)**

*_____ Supplemental Record

*_____ Exhibits

*_____ State Court Record

___X___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

                    /s/ Anthony Infante___   (267)-299- 4916
                       Case Manager           Telephone Number

              *_____        (267)-299-_____
                    Record Processor         Telephone Number

Receipt Acknowledge:
_E. Struckli_____
(Name)
__6/3/08_____
(Date)

Rev. 4/3/03
Appeals (Record)